Charles R. TURNER, Plaintiff—Appellant,

v.

Gene JOHNSON, Director of Prisons; Kimberly Runion, Director of V.C.B.R.; The C.R.C. Committee, Names Unknown, Defendants—Appellees.

No. 11–7504.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 16, 2012.

Decided: Feb. 22, 2012.

Charles R. Turner, Appellant Pro Se.

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles R. Turner appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Turner v. Johnson,* No. 1:11–cv–01086–CMH–TCB (E.D.Va. Oct. 21, 2011). *See Huftile v. Miccio–Fonseca,* 410 F.3d 1136, 1139–40 (9th Cir.2005) (holding *Heck v. Humphrey,* 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994), applies to civilly committed sex offenders). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*